AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:22-cv-00467-JRG-RSP |
| Samsung Electronics America, Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                     .

Date:     02/15/2023                                         /s/ Philip Wang
                                                                            *Attorney's signature*


                                                               Philip Wang CA Bar No. 262239
                                                                     *Printed name and bar number*


                                                                     Russ August & Kabat
                                                               12424 Wilshire Blvd., 12th Floor
                                                                     Los Angeles, CA 90025
                                                                              *Address*


                                                                     pwang@raklaw.com
                                                                        *E-mail address*


                                                                        (310) 826-7474
                                                                      *Telephone number*


                                                                        (310) 826-6991
                                                                          *FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|