AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Headwater Research LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:22-cv-00467-JRG-RSP |
| Samsung Electronics America, Inc. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC.

Date: 02/15/2023

/s/ James Milkey
*Attorney's signature*

James Milkey CA Bar No. 281283
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
*Address*

jmilkey@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*