## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Civil Action No. 2:22-cv-00467-JRG-RSP  **JURY DEMANDED** |

## UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Headwater Research LLC, pursuant to Federal Rule of Civil Procedure 41(a), hereby moves to dismiss all claims between Plaintiff and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. without prejudice, with each party to bear its own costs, expenses and attorneys' fees. Defendants have not yet filed an answer or counterclaims. The parties agree that this dismissal does not count against the two-dismissal under FRCP 41(a)(1)(B).

| | |
|---|---|
| Date:  March 22, 2023 | /s/ Robert Christopher Bunt<br>Marc Fenster<br>CA State Bar No. 181067<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Brian Ledahl<br>CA State Bar No. 186579<br>Ben Wang<br>CA State Bar No. 228712<br>Paul Kroeger<br>CA State Bar No. 229074<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Kristopher Davis<br>CA State Bar No. 329627<br>James S. Tsuei<br>CA State Bar No. 285530<br>Philip Wang<br>CA State Bar No. 262239<br>Amy Hayden<br>CA State Bar No. 287026<br>James Milkey<br>CA State Bar No. 281283<br>Jason M. Wietholter<br>CA State Bar No. 337139<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd. 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310-826-7474<br>rak_headwater@raklaw.com<br><br>Robert Christopher Bunt<br>Texas State Bar No. 00787165<br>Charles Ainsworth<br>State Bar No.  00783521<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson Suite 418<br>Tyler, Texas 75702<br>Tel.: (903) 531-3535<br>rcbunt@pbatyler.com<br>charley@pbatyler.com<br><br>**ATTORNEYS FOR PLAINTIFF,**<br>**Headwater Research LLC** |

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 22 day of March, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          /s/ *Robert Christopher Bunt*
                                          Robert Christopher Bunt

## **CERTIFICATE OF CONFERENCE**

    Pursuant to Local Rule CV-7(h), counsel for the Plaintiff met and conferred with counsel for Defendants on February 27, 2023.  Defendants are unopposed to the above motion.

                                          /s/ *Robert Christopher Bunt*
                                          Robert Christopher Bunt