# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | Civil Action No. 2:22-cv-00467-JRG-RSP <br><br> **JURY DEMANDED** |

## **ORDER**

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion to Dismiss without Prejudice. After considering the motion, the Court hereby GRANTS same.

IT IS THEREFORE ORDERED that all claims between Plaintiff and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. are dismissed without prejudice, with each party to bear its own costs, expenses and attorneys' fees.