IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. 2:22-CV-00467-JRG-RSP |
| | § |
| SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC., | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court is the Unopposed Motion to Dismiss Without Prejudice (the "Motion") filed by Headwater Research LLC ("Plaintiff"). (Dkt. No. 31). In the Motion, Plaintiff requests that the above-captioned case be dismissed without prejudice. (*Id*. at 1). Defendants do not oppose the Motion. (*Id*. at 3).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against the Defendants in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 24th day of March, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE